ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00024-SAB |
| Plaintiff, | [Citations #F5461232 & #F5461234 CA/4B] |
| v. | |
| ANGELICA J. GARCIA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00024-SAB [Citations #F5461232 & #F5461234 CA/4B] against ANGELICA J. GARCIA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 17, 2026                   Respectfully submitted,

                                            ERIC GRANT
                                            United States Attorney

                          By:    /s/ *Arelis M. Clemente*
                                            ARELIS M. CLEMENTE
                                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00024-SAB [Citations #F5461232 & #F5461234 CA/4B] against ANGELICA J. GARCIA is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **February 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2

U.S. v. Garcia
Case No. 1:26-po-00024-SAB